Dale O. DUNLAP, Claimant–Appellant,

v.

James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.

No. 2007–7242.

United States Court of Appeals, Federal Circuit.

Jan. 30, 2008.

ON MOTION

*ORDER*

Dale O. Dunlap moves to voluntarily dismiss his appeal. Dunlap states that the Secretary of Veterans Affairs does not oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All pending motions are moot.

(3) Each side shall bear its own costs.